**Mahmoud A. BENSTONE,
Plaintiff–Appellant,**

v.

**Roy W. CHERRY, Superintendent,
Defendant–Appellee.**

No. 11–6046.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Mahmoud A. Benstone, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mahmoud A. Benstone appeals the district court's order awarding summary judgment to Roy W. Cherry in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Benstone v. Cherry,* No. 1:10–cv–00313–JCC–JFA, 2010 WL 5395282 (E.D.Va. filed Dec. 22, 2010 & entered Dec. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately